1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Jessica Juarez (SBN 269600)
3  MALLISON & MARTINEZ
   Attorneys at Law
4  1939 Harrison Street, Suite 730
   Oakland, CA 94612
5  Telephone:  (510) 832-9999
   Facsimile:  (510) 832-1101
6
   Attorneys for Plaintiffs Vicente Hernandez,
7  Francisco Barajas, and Rodrigo Sanchez

8  Dennis C. Huie (SBN 184377)
   Patricia A. Meagher (SBN 113219)
9  Alexis Janssen Morris (SBN 200264)
   Charlie Y. Chou (SBN 248369)
10 Christine S. Liyanto (SBN 263803)
   ROGERS JOSEPH O'DONNELL
11 311 California Street, 10th Floor
   San Francisco, California 94104
12 Telephone:  (415) 956-2828
   Facsimile:  (415) 956-6457
13

14 Attorneys for Defendants BF Operations
   Holdings, LLC, Fresh Enterprises, LLC, and
15 CKE Restaurants, Inc.

16

17                    UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No. 3:11-CV-01147CRB<br><br>**STIPULATED DISMISSAL OF DEFENDANT CKE RESTAURANTS, INC.** *ONLY* **AND PROPOSED ORDER**<br><br>[FED. R. CIV. P. 41] |

STIPULATED DISMISSAL OF DEFENDANT CKE RESTAURANTS, INC. *ONLY* AND PROPOSED ORDER—
Case No. 3:11-CV-01147 CRB

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ ("Plaintiffs") and Defendants BF OPERATIONS HOLDINGS, LLC, FRESH ENTERPRISES, LLC, and CKE RESTAURANTS, INC., ("Defendants") by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiffs filed this putative class action on or about November 23, 2010, alleging wage and hour violations against Defendants. This action was initially filed in Alameda County Superior Court;

2. On March 9, 2011, Defendants removed this putative class action to Federal Court;

3. Defendant CKE Restaurants, Inc. ("CKE") alleges that it does not have nor did it ever have any form of employer/employee relationship with the Plaintiffs and/or the putative class members. As such, CKE cannot be held liable for any of the allegations contained in Plaintiffs' putative class action complaint. (Dkt. 1, Ex.1)

4. The Plaintiffs do not believe it is in the interest of the class to litigate this issue.

5. The Plaintiffs hereby request that CKE *only* be dismissed from this action with prejudice; and

6. The Plaintiffs and CKE agree to waive fees and costs as to CKE only.

Dated: May 12, 2010      MALLISON & MARTINEZ

　　　　　　　　　　　　　　 /s/ *Marco A. Palau*
　　　　　　　　　　　　　　Marco A. Palau
　　　　　　　　　　　　　　Attorneys for Plaintiffs Vicente Hernandez, Francisco
　　　　　　　　　　　　　　Barajas and Rodrigo Sanchez

Dated: May 12, 2010      ROGERS JOSEPH O'DONNELL

　　　　　　　　　　　　　　 /s/ *Charlie Y. Chou*
　　　　　　　　　　　　　　Charlie Y. Chou
　　　　　　　　　　　　　　Attorneys for Defendants BF Operations
　　　　　　　　　　　　　　Holdings, LLC; Fresh Enterprises, LLC and
　　　　　　　　　　　　　　CKE Restaurants, Inc.

~~PROPOSED~~ **ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that CKE Restaurants Inc. is dismissed from this case with prejudice.

**IT IS SO ORDERED.**

Dated: 5/17/2011

U.S. DISTRICT JUDGE CHARLES R. BREYER



- 3 -

STIPULATED DISMISSAL OF DEFENDANT CKE RESTAURANTS, INC. *ONLY* AND PROPOSED ORDER—
Case No. 3:11-CV-01147