**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 16, 2011**          Time:  22  minutes

**C-11-01147** CRB

**VICENTE HERNANDEZ  v.  BF OPERATIONS HOLDINGS, LLC**

Attorneys:    Stan Mallison, Joseph Sutton          Dennis Huie

              Hector Martinez

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                          **RULING:**

1.  Initial Case Management Conference   -   Held

2.  

3.  

**ORDERED AFTER HEARING:**

 Rule 26 disclosures to be completed by 6/24/2011, amended complaint filed by 6/24/011.  Discovery limited to the issue of binding arbitration to the class or individuals, plaintiff's motion filed by 8/19/2011.

(  ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____
(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO October 7, 2011 @ 10:00 a.m.  for  Motion

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____