ROGERS JOSEPH O'DONNELL
DENNIS C. HUIE (State Bar No. 184377)
dhuie@rjo.com
PATRICIA A. MEAGHER (State Bar No. 113219)
pmeagher@rjo.com
CHRISTINE S. LIYANTO (State Bar No. 263803)
cliyanto@rjo.com
CHARLIE Y. CHOU (State Bar No. 248369)
cchou@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Perry Roshan-Zamir (State Bar No. 161656)
perry@roshan-zamir.com
2530 Wilshire Blvd., Third Floor
Santa Monica, CA 90403
Telephone:  (310) 582-1993
Facsimile:  (310) 582-1994

Attorneys for Defendants
BF OPERATIONS HOLDINGS, LLC
and FRESH ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-01147-CRB<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BF OPERATIONS HOLDINGS, LLC AND FRESH ENTERPRISES, LLC** |

PLEASE TAKE NOTICE that Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC have retained Bremer Whyte Brown & O'Meara LLP to substitute as counsel for Rogers Joseph O'Donnell in the above-captioned matter.

Withdrawing counsel for Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC are:

> Dennis C. Huie
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA  94104
> Phone:  (415) 956-2828
> Fax:  (415) 956-6457
> Email:  dhuie@rjo.com
>
> Patricia A. Meagher
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA  94104
> Phone:  (415) 956-2828
> Fax:  (415) 956-6457
> Email:  pmeagher@rjo.com
>
> Alexis J. Morris
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA  94104
> Phone:  (415) 956-2828
> Fax:  (415) 956-6457
> amorris@rjo.com
>
> Christine S. Liyanto
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA  94104
> Phone:  (415) 956-2828
> Fax:  (415) 956-6457
> Email:  cliyanto@rjo.com
>
> Charlie Y. Chou
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA  94104
> Phone:  (415) 956-2828
> Fax:  (415) 956-6457
> cchou@rjo.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC:

```
 1    Jeremy Johnson
      Bremer Whyte Brown & O'Meara LLP
 2    20320 S.W. Birch Street, Second Floor
      Newport Beach CA  92660
 3    Phone:  (949) 221-1000
      Fax:  (949) 221-1001
 4    Email: jjohnson@bremerandwhyte.com

 5         The undersigned parties consent to the above withdrawal and substitution of
 6    counsel.
 7    Dated: 8/16/11                    BF OPERATIONS HOLDINGS, LLC
 8                                      and FRESH ENTERPRISES, LLC
 9
10                                      By: _____
11
12    Dated: 8/12/11                    ROGERS JOSEPH O'DONNELL
13
14                                      By: _____
                                            DENNIS C. HUIE
15
16    Dated: 8/12/11                    BREMER WHYTE BROWN & O'MEARA LLP
17
18                                      By: _____
                                            JEREMY JOHNSON
19
20         The above withdrawal and substitution of counsel is approved and so
21    ORDERED.
22    Dated: _____              _____
                                          HON. CHARLES R. BREYER
23
```

Page 3

Withdrawal and Substitution of Counsel for Defendants, Case No. C11-01147-CRB

305648.1