ROGERS JOSEPH O'DONNELL
DENNIS C. HUIE (State Bar No. 184377)
dhuie@rjo.com
PATRICIA A. MEAGHER (State Bar No. 113219)
pmeagher@rjo.com
CHRISTINE S. LIYANTO (State Bar No. 263803)
cliyanto@rjo.com
CHARLIE Y. CHOU (State Bar No. 248369)
cchou@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Perry Roshan-Zamir (State Bar No. 161656)
perry@roshan-zamir.com
2530 Wilshire Blvd., Third Floor
Santa Monica, CA 90403
Telephone:  (310) 582-1993
Facsimile:  (310) 582-1994

Attorneys for Defendants
BF OPERATIONS HOLDINGS, LLC
and FRESH ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C11-01147-CRB<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS BF OPERATIONS HOLDINGS, LLC AND FRESH ENTERPRISES, LLC** |

PLEASE TAKE NOTICE that Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC have retained Bremer Whyte Brown & O'Meara LLP to substitute as counsel for Rogers Joseph O'Donnell in the above-captioned matter.

Withdrawing counsel for Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC are:

>Dennis C. Huie
>Rogers Joseph O'Donnell
>311 California Street, 10th Floor
>San Francisco, CA 94104
>Phone: (415) 956-2828
>Fax: (415) 956-6457
>Email: dhuie@rjo.com

>Patricia A. Meagher
>Rogers Joseph O'Donnell
>311 California Street, 10th Floor
>San Francisco, CA 94104
>Phone: (415) 956-2828
>Fax: (415) 956-6457
>Email: pmeagher@rjo.com

>Alexis J. Morris
>Rogers Joseph O'Donnell
>311 California Street, 10th Floor
>San Francisco, CA 94104
>Phone: (415) 956-2828
>Fax: (415) 956-6457
>amorris@rjo.com

>Christine S. Liyanto
>Rogers Joseph O'Donnell
>311 California Street, 10th Floor
>San Francisco, CA 94104
>Phone: (415) 956-2828
>Fax: (415) 956-6457
>Email: cliyanto@rjo.com

>Charlie Y. Chou
>Rogers Joseph O'Donnell
>311 California Street, 10th Floor
>San Francisco, CA 94104
>Phone: (415) 956-2828
>Fax: (415) 956-6457
>cchou@rjo.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendants BF Operations Holdings, LLC and Fresh Enterprises, LLC:

Jeremy Johnson
Bremer Whyte Brown & O'Meara LLP
20320 S.W. Birch Street, Second Floor
Newport Beach CA 92660
Phone: (949) 221-1000
Fax: (949) 221-1001
Email: jjohnson@bremerandwhyte.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: 8/16/11

BF OPERATIONS HOLDINGS, LLC
and FRESH ENTERPRISES, LLC

By: _____

Dated: 8/12/11

ROGERS JOSEPH O'DONNELL

By: _____
DENNIS C. HUIE

Dated: 8/12/11

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
JEREMY JOHNSON

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: August 19, 2011

_____
HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA