UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C 11-01147 (CRB)<br><br>[~~PROPOSED~~] **ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE ARBITRATION BRIEF** |

　　The court hereby extends the time for Defendants BF OPERATIONS HOLDINGS, LLC AND FRESH ENTERPRISES, LLC to file the Motion regarding Arbitration, from its original due of August 19, 2011. The new date by which the Motion regarding Arbitration must be filed is August 26, 2011.

IT IS SO ORDERED.

Dated _____August 22__, 2011　　By: _____

　　　　　　　　　　　　　　　　　　　　HON. CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer*

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

[PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS TO FILE ARBITRATION BRIEF
H:\3737\001\CF\Proposed Order re Extension of Time to File Arbitration Brief (Final).doc