1  Kere K. Tickner, State Bar No. 174777
   ktickner@bremerandwhyte.com
2  Rick L. Peterson, State Bar No. 227466
   rpeterson@bremerandwhyte.com
3  BREMER WHYTE BROWN & O'MEARA LLP
   20320 S.W. Birch Street
4  Second Floor
   Newport Beach, California 92660
5  Telephone: (949) 221-1000
   Facsimile: (949) 221-1001
6
7  Attorneys for Defendants,
   BF OPERATIONS HOLDINGS, LLC; FRESH
   ENTERPRISES, LLC
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 11-01147 (CRB)<br><br>CLASS ACTION<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION FROM OCTOBER 11, 2011, TO OCTOBER 21, 2011; [PROPOSED] ORDER** |

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS hearing on Defendant's Motion to Compel Arbitration was originally scheduled to take place on October 7, 2011;

WHEREAS the Court continued the hearing date from October 7, 2011, to October 11, 2011;

///

---

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION

C:\Documents and Settings\dhernandez\Local Settings\Temporary Internet Files\OLK1\Stipulation to Continue Hearing Date (Final).doc

WHEREAS counsel for Defendant is unavailable on October 11, 2011 because of a previously planned trip;

THE PARTIES HEREBY STIPULATE to continue the hearing from October 11, 2011, to October 21, 2011, at 10:00 a.m.

SO STIPULATED.

Dated: October 7, 2011  BREMER WHYTE BROWN & O'MEARA LLP

By: __/s/ Rick L. Peterson_____
Rick L. Peterson
Attorneys for Defendants
BF OPERATIONS HOLDINGS, LLC;
FRESH ENTERPRISES, LLC

Dated: October 7, 2011  MALLISON AND MARTINEZ

By: __/s/ Stan Mallison_____
Stan Mallison
Attorneys for Plaintiffs
VICENTE HERNANDEZ,
FRANCISCO BARAJAS, and
RODRIGO SANCHEZ

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**
C:\Documents and Settings\dhernandez\Local Settings\Temporary Internet Files\OLK1\Stipulation to Continue Hearing Date (Final).doc