IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BF OPERATIONS HOLDINGS, LLC,<br><br>    Defendant._____/ | No. C 11-01147 CRB<br><br>**ORDER DENYING MOTION TO COMPEL ARBITRATION AND GRANTING MOTION TO STRIKE** |

For the reasons stated in open court, the Court DENIES the Motion to Compel (dkt. 36) and GRANTS the Motion to Strike (dkt. 37).

**IT IS SO ORDERED.**

Dated: October 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1147\order 10-21.wpd