United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [form unknown] and Does 1 through 50, inclusive,<br><br>Defendants. / | No. C11-01147 CRB<br><br>**ORDER** |

Upon a notice of stay of action filed by the defendants and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: June 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE