# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE HERNANDEZ, FRANCISCO BARAJAS, and RODRIGO SANCHEZ on behalf of themselves and all other similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BF OPERATIONS HOLDINGS, LLC, a California Corporation, FRESH ENTERPRISES, LLC, a California Corporation, CKE RESTAURANTS, INC., a Delaware Corporation, BAJA FRESH MEXICAN GRILL [FORM UNKNOWN] and DOES 1 through 50, inclusive,<br><br>  Defendants. | ) Case No. 3:11-cv-01147-CRB<br>)<br>) Assigned for All Purposes To:<br>) Judge:   Hon. Charles R. Breyer<br>)<br>) **ORDER ON REQUEST FOR**<br>) **APPROVAL OF SUBSTITUTION OF**<br>) **ATTORNEY**<br>) |

TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court herby orders that the request of Defendants BF OPERATIONS HOLDINGS, LLC, and FRESH ENTERPRISES, LLC, to substitute Perry Roshan-Zamir, State Bar No. 161656, 2530 Wilshire Blvd, Third Floor, Los Angeles, CA 90403, as attorney of record for Defendants BF OPERATIONS HOLDINGS, LLC,

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

N:\pdf docs\1147bfop.doc

1 and FRESH ENTERPRISES, LLC, instead of Kere K. Tickner and Rick L. Peterson,
2 of Bremer Whyte Brown & O'Meara, is hereby:
3     GRANTED.

5 Dated: January 14, 2014

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

2

N:\pdf docs\1147bfop.doc

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000